WILLIAM O. HANEY v. HIRAM MUNGER.

[See 101 Mich. 392.]

*Trespass—Costs.*

This case is ruled by *Ostrom v. Potter, ante,* 115.

Error to Muskegon. (Russell, J.) Submitted on briefs January 23, 1895. Decided February 12, 1895.

Trespass. Plaintiff brings error from a judgment in favor of defendant for costs. Affirmed. The facts are stated in the opinion.

*Walter I. Lillie,* for appellant.

*Nelson DeLong,* for defendant.

LONG, J. Action, trespass *quare clausum,* commenced in the circuit court. Plaintiff alleged that he was the owner of the land described in his declaration. Plea, general issue only. On the trial, plaintiff proved his title and the trespass. Defendant admitted the trespass, and claimed that the only questions were the amount of damages, and whether the trespass was willful and malicious. The jury, under the evidence, returned a verdict for plaintiff for $47.50, and that the trespass was casual, and not willful. Judgment was entered for plaintiff on the verdict, and for defendant for costs. Plaintiff brings error, and claims that the costs should have been awarded to him.

The case is ruled by *Ostrom v. Potter, ante,* 115. The court was correct in awarding defendant his costs.

Judgment affirmed.

The other Justices concurred.